UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA RIVERA,<br><br>       Plaintiff,<br><br>  -against-<br><br>OTIS BANTUM CORRECTIONAL FACILITY, ET AL.,<br><br>       Defendants. | 24-cv-9612 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the March 14, 2025, order, the complaint is dismissed without prejudice.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: March 20, 2025
    New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
             Chief United States District Judge